Douglas Johnson
Johnson & Combs, PC
729 N Street
Anchorage, AK 99501
PH: (907) 277-0161
FAX: (907) 277-0164
EMAIL: attydj@alaska.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIN C. PERKINS, INDIVIDUALLY, and as PARENT and NATURAL GUARDIAN of D.P. and D. P., MINORS<br><br>        Plaintiff,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA, and<br>KENDRA D. HENDERSON,<br><br>        Defendants. | Case No. |

## COMPLAINT

COMES NOW the Plaintiff, by and through counsel, law offices of Johnson & Combs, PC, and for her Complaint against the United States of America and against Kendra Henderson, alleges and avers as follows:

### STATEMENT OF JURISDICTION

Plaintiff brings a claim against the United States of America under the Federal Tort Claims Act. Pursuant to U.S.C. section 1346(b)(1) and 28 U.S.C. section 2671, the District

COMPLAINT
*Perkins v. USA and Henderson*                                                                                                      Page 1 of 8

Courts have exclusive jurisdiction over suits filed against the United States respecting claims for personal injuries to civilian citizens of the United States caused by the United States Air Force.

1. Plaintiff is a resident of the state of Alaska. She resides in Anchorage, Alaska, and is entitled to bring and maintain this action.

2. Plaintiff has complied with all conditions precedent to bringing this action against the United States of America. Notice of this claim as required by 28 U.S.C. section 2675 was received via certified mail by the United States Department of the Air Force (hereinafter "Air Force") on 22 January 2009.

3. Defendant Air Force has not rendered a final decision and more than six months have elapsed since plaintiff submitted the administrative claim.

4. Erin Perkins is the mother and natural guardian of D. A. P. (DOB 9-7-01) and D. C. P. (DOB 9-27-06).

5. At all times relevant hereto, Plaintiffs Erin Perkins, D. A. P. and D. C. P. were and are residents of Anchorage, Alaska.

6. To the best of Plaintiff's knowledge, information and belief, at all times relevant hereto, the Defendant, Kendra Henderson was a resident of Alaska.

7. On or about 28 January 2008, Plaintiff Erin Perkins was the seat belted driver of a 1999 Chevrolet, traveling westbound on Mt. View Drive from the Glenn Highway off ramp in Anchorage, Alaska.

8. On or about 28 January 2008, D.A.P. was seated in a proper child restraint in the rear seat of the 1999 Chevrolet being driven by his mother, Erin Perkins, and traveling westbound on Mt. View Drive from the Glenn Highway off ramp in Anchorage, Alaska.

COMPLAINT
*Perkins v. USA and Henderson*

Page 2 of 8

Case 3:10-cv-00014-HRH   Document 1   Filed 01/26/10   Page 2 of 8

9. On or about 28 January 2008, D.C.P. was seated in a proper child restraint in the rear seat of the 1999 Chevrolet being driven by his mother, Erin Perkins, and traveling westbound on Mt. View Drive from the Glenn Highway off ramp in Anchorage, Alaska.

10. On or about 28 January 2008, Defendant, Kendra Henderson was the operator of a 2000 Ford Ambulance motor vehicle travelling southbound on Boniface in Anchorage, Alaska.

11. Ms. Perkins and Ms. Henderson arrived at the intersection of Mt. View Drive and Boniface at the same time on 28 January 2008.

12. Ms. Henderson's lane of traffic was controlled by a traffic signal.

13. The traffic signal light controlling Ms. Henderson's southbound lane of traffic was red at the time Ms. Henderson entered the intersection of Mt. View Drive and Boniface on 28 January 2008.

14. The traffic signal light controlling Ms. Perkins' westbound lane of traffic was green at the same time Ms. Perkins entered the intersection of Mt. View Drive and Boniface on 28 January 2008.

15. At the time Ms. Henderson and Ms. Perkins arrived at the intersection of Mt. View Drive and Boniface on 28 January 2008, Ms. Henderson continued south bound on Boniface through the intersection with Mt. View Drive, without stopping for the red light.

16. Ms. Henderson was cited for the red light violation for driving through the intersection of Mt. View Drive and Boniface on 28 January 2008.

17. Ms. Henderson was legally bound to stop at the red light traffic signal at the intersection of Mt. View Drive and Boniface and allow Ms. Perkins to continue west on Mt. View Drive.

18. Ms. Henderson is negligent per se for running the red light at the intersection of Mt. View Drive and Boniface on 28 January 2008.

19. On or about 28 January 2008, Defendant, Kendra Henderson negligently operated the motor vehicle she was driving so that she illegally entered the intersection at Boniface and Mt. View Drive, running the red light controlling the traffic in her lane of travel on Boniface, causing a collision between her vehicle and that driven by Ms. Perkins.

20. On or about 28 January 2008, Defendant, Kendra Henderson negligently operated the motor vehicle she was driving, so that she carelessly was traveling at an unsafe speed, and failed to stop for a red light, so that said motor vehicle struck the vehicle which Plaintiff Erin Perkins was driving, seriously injuring Erin Perkins, and her children D.O.P. and D.C.P.

21. On or about 28 January 2008, and at the time of the collision with the vehicle operated by Erin Perkins, the ambulance operated by Kendra Henderson was owned by and under the control and authority of the Air Force.

22. On or about 28 January 2008, and at the time of the collision with the vehicle operated by Erin Perkins, the Air Force ambulance operated by Kendra Henderson was not responding to an emergency.

23. On or about 28 January 2008, and at the time of the collision with the vehicle operated by Erin Perkins, the Air Force ambulance operated by Kendra Henderson, did not have its emergency lights flashing and it siren was not sounding.

### COUNT I - KENDRA HENDERSON

24. Plaintiff hereby realleges and incorporates by reference all of the allegations contained in paragraphs 1 through 23, as if fully set forth herein.

25. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, Erin Perkins has suffered severe injuries and damages, including, but not limited to, past and future medical expenses, past and future loss of earnings, past and future disability and pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

26. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, D.A.P. has suffered injuries and damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

27. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, D.C.P. has suffered injuries and damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said

COMPLAINT
*Perkins v. USA and Henderson*  Page 5 of 8

damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

28. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, Erin Perkins has suffered damage to her vehicle in an amount to be established at trial.

## COUNT II – AIR FORCE

29. Plaintiff hereby realleges and incorporates by reference all of the allegations contained in paragraphs 1 through 23, as if fully set forth herein.

30. On information and Belief, at all times pertinent to this complaint, Defendant, Kendra Henderson, who is alleged to have acted in a negligent manner, was acting within the scope of her employment as an employee of the Air Force, and/or as an agent of the Air Force.

31. The Air Force is responsible and liable for the negligent actions of Kendra Henderson in causing the collision with the motor vehicle operated by Erin Perkins.

32. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, in causing the collision with the motor vehicle operated by Erin Perkins, Erin Perkins has suffered severe injuries and damages, including, but not limited to, past and future medical expenses, past and future loss of earnings, past and future disability and pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

33. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, in causing the collision with the motor vehicle operated by Erin Perkins, D.A.P. has suffered injuries and damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

34. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, in causing the collision with the motor vehicle operated by Erin Perkins, D.C.P. has suffered injuries and damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental and emotional distress, loss of enjoyment of life, and other damages to be set forth at trial. Said damages are estimated to be within the jurisdiction of this court, the exact amount to be proved at trial.

35. As a direct and proximate result of the negligent conduct of Defendant, Kendra Henderson, Erin Perkins has suffered damage to her vehicle in an amount to be established at trial.

WHEREFORE, Plaintiff Erin Perkins, individually and as parent and natural guardian of D.A.P. and D.C.P., prays for relief from Defendants, and each of them, as follows:

(1) For total monetary damages within the jurisdiction of this court, the exact amount to be proved at trial;

(2) For costs, interest, and attorney's fees; and

(3) For such other and further relief as the Court may deem equitable and just.

COMPLAINT
*Perkins v. USA and Henderson*
Page 7 of 8

Case 3:10-cv-00014-HRH   Document 1   Filed 01/26/10   Page 7 of 8

DATED this 26th day of January, 2010, at Anchorage, Alaska.

JOHNSON & COMBS, P.C.
Attorney for Plaintiff

By: _____
Douglas G. Johnson, ABA No. 9511061
s/ Douglas G Johnson

COMPLAINT
*Perkins v. USA and Henderson*