IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ERIN C. PERKINS, Individually and )
as Parent and Natural Guardian of )
D.P. and D.P., minors, )
                                  Plaintiff, )
   vs. )
UNITED STATES OF AMERICA, )
                                Defendant. )

No. 3:10-cv-0014-HRH

O R D E R

Stipulation to Dismiss All Remaining Claims
(Claims of Minor Plaintiffs)

Upon consideration of the parties' stipulation[1] to dismiss the claims of Erin C. Perkins, as parent and natural guardian of the minors D.P. and D.P.,

It is ordered that the claims of plaintiff Erin C. Perkins that were asserted or that could have been asserted by plaintiff as parent and natural guardian of the minors D.P. and D.P. are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorney fees.

DATED at Anchorage, Alaska, this 18th day of April, 2012.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 34.